PD-0449-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/21/2015 11:55:12 PM
Accepted 4/22/2015 11:17:01 AM
ABEL ACOSTA
CLERK

## IN THE TEXAS COURT OF CRIMINAL APPEALS

14-14-00348-CR

### IN THE COURT OF APPEALS
### FOR THE
### FOURTEENTH DISTRICT OF TEXAS
### HOUSTON, TEXAS

---

## TIMOTHY WADE BESSARD

## VS.

## THE STATE OF TEXAS

### APPEAL FROM THE 184TH DISTRICT COURT
### OF HARRIS COUNTY, TEXAS
### THE HONORABLE JUDGE JAN KROCKER, PRESIDING

TRIAL DOCKET NO. 1221855

---

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES TIMOTHY WADE BESSARD**, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's Petition for Discretionary Review, pursuant to Rule 68.2 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 184TH Judicial District Court of Harris County, Texas.

2. The case below was styled the *STATE OF TEXAS vs. TIMOTHY WADE BESSARD*, Cause No. 1221855.

FILED IN
COURT OF CRIMINAL APPEALS

April 22, 2015

ABEL ACOSTA, CLERK

3.     Appellant was convicted of Possession of a Controlled Substance on March 28, 2014.

4.     Appellant was sentenced to seven (7) years confinement in the Texas Department of Criminal Justice, Institutional Division, on March 28, 2014.

5.     Notice of appeal was timely filed on March 28, 2014.

6.     The Fourteenth Court of Appeals issued an opinion affirming the trial court's decision on March 17, 2015.

7.     There has been no motion for rehearing filed in the court of appeals.

8.     A petition for discretionary review was due on April 17, 2015.

9.     There has been no previous request for extension of time to file a petition for discretionary review.

10.     Appellant requests an extension of time of 30 days from the present date, i.e. May 21, 2015.

11.     Appellant relies on the following facts as good cause for the requested extension:

Attorney has been involved in the following matters set for trial and/or hearings in the last thirty days:

i.     State of Texas v. Roberts, Cause No. 883239 -  a writ hearing involving a very old case with multiple issues.
ii.     State of Texas v. Jackson, Cause No. 201403688J – Theft trial
iii.     State of Texas v. Suarez-Sanchez, Cause No. 1402229 -  MTS
iv.     State of Texas v. Rodriguez, Cause No. 201400624J – Indecency w/Child

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this

Motion To Extend Time to File a Petition for Discretionary Review, and for such other and further

relief as the Court may deem appropriate.

        **Respectfully submitted,**

        _____

        Dena Fisher
        State Bar Number: 24034440
        440 Louisiana, Suite 200
        Houston, Texas 77002
        d2f@sbcglobal.net
        Tel (713) 222-2201
        Fax (713) 583-5106
        Attorney for Timothy Wade Bessard

## CERTIFICATE OF SERVICE

This is to certify that on April 21, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County by efile.

_____
**DENA FISHER**

# TEXAS COURT OF CRIMINAL APPEALS
_____

## IN THE COURT OF APPEALS
## FOR THE FOURTEENTH
## DISTRICT OF TEXAS
## HOUSTON, TEXAS
## NO. 14-14-00348-CR
_____


## TIMOTHY WADE BESSARD, Appellant

## VS.

## THE STATE OF TEXAS, Appellee
_____

### On Appeal from the 184TH
### Judicial District Court
### Harris County, Texas
### Trial Court Cause No. 1221855
_____

### ORDER

On this day came on to be heard Appellant's **Motion for Extension of Time within which to File Appellant's Petition for Discretionary Review**.

It is the opinion of this Court that the **Motion to Extend Time to File Appellant's Petition for Discretionary Review** should be and is hereby **GRANTED**, and it is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the Appellant's Brief is due to be filed in this Court on _____ day of _____, 2015.

**SIGNED** on this the _____ day of _____, 2015.


_____
**JUDGE PRESIDING**